# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00255-CV

### In the Interest of R.P., Jr.

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT
### NO. FA-90-1160-C, HONORABLE BEN WOODWARD, JUDGE PRESIDING

On April 30, 2002, appellant, Robert Payne, Sr., filed in the trial court a waiver of appeal and stated that he no longer desires to pursue an appeal from the order in the suit affecting the parent-child relationship. Accordingly, the appeal is dismissed for want of prosecution.

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed For Want of Prosecution

Filed: May 9, 2002

Do Not Publish